

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **'08 MJ 1927** |
| Plaintiff, | Magistrate Case No._____ |
| v. | COMPLAINT FOR VIOLATION OF |
| **Paul Norman WILLIAMS,** | |
| Defendant. | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **June 19, 2008**, within the Southern District of California, defendant, **Paul Norman WILLIAMS** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria Marco DIAZ-Villalobos**, had not received prior official authorization to come to, enter or reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF JUNE, 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Supervisory Enforcement Officer Daniel Webb, declare under penalty of perjury the following to be true and correct:

The complaint states that **Maria Marco DIAZ-Villalobos** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On **June 19, 2008**, at approximately 2327 hours, **Paul Norman WILLIAMS (Defendant)** made application for admission into the United States at the vehicle entrance of the San Ysidro, California Port of Entry. Defendant was the driver and sole visible occupant of a 1994 Ford Taurus. Upon inspection before a CBP officer, Defendant declared United States citizenship and presented a New Mexico Identification bearing his name and likeness. Defendant told the officer that he was going to New Mexico, claimed ownership of the vehicle and gave a negative customs declaration. The CBP Officer looked inside of the vehicle and noticed the carpet was unusually clean and observed no personal belongings. Defendant provided the CBP Officer a key ring containing a couple of keys. The CBP Officer attempted to open the trunk of the vehicle with the keys provided, but was unsuccessful. The officer slightly lifted the rear seat cushion, placed his hand under the seat, and felt an object. The CBP Officer requested assistance and Defendant was subsequently escorted to secondary inspection.

CBP Officers removed the rear seat and discovered one female concealed in a non-factory gas tank compartment. Officers assisted the female from the compartment and determined she is an undocumented alien and citizen of Mexico. She is now identified as **Maria Marco DIAZ-Villalobos (Material Witness)**.

During a videotaped interview, Material Witness admitted she is a citizen of Mexico without legal right to enter the United States. Material Witness stated that her daughter made her smuggling arrangements and was going to pay an unknown fee to have her smuggled into the United States. Material Witness stated she intended to travel to Los Angeles, California.

EXECUTED ON THIS 21ST DAY OF JUNE 2008 AT 0800 hours.

Daniel Webb / CBP Supervisory Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **June 19, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

DATE / TIME June 21, 2008

9:30 p.m.