1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1927 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| PAUL NORMAN WILLIAMS, | ) | |
| Defendant. | ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                        Respectfully submitted,

Dated: June 26, 2008                    */s/ Victor N. Pippins*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Victor_Pippins@fd.org

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant


Dated:  June 26, 2008                                                     /s/ *Victor N. Pippins*
                                                                                        Federal Defenders of San Diego, Inc.
                                                                                        225 Broadway, Suite 900
                                                                                        San Diego, CA  92101-5030
                                                                                        (619) 234-8467  (tel)
                                                                                        (619) 687-2666  (fax)
                                                                                        Victor_Pippins@fd.org email